IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CHEZ LAMAR EVERETTE,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-389

_____/

Opinion filed May 27, 2015.

An appeal from the Circuit Court for Escambia County.
Linda L. Nobles, Judge.

Nancy A. Daniels, Public Defender, and Zachary F. Lawton, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Jessica DaSilva, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

    Appellant, Chez Lamar Everette, raises two issues challenging his judgment

and sentence for trafficking in heroin. We affirm his conviction without further

comment, but reverse and remand for correction of a sentencing error. The state properly concedes that the trial court erred by imposing a discretionary assessment without citing statutory authority in the written order. <u>See</u> <u>Fisher v. State</u>, 697 So. 2d 1291, 1292 (Fla. 1st DCA 1997). On remand, the trial court may reimpose the assessment if it identifies its statutory basis.

AFFIRMED in part, REVERSED in part, and REMANDED for entry of a corrected sentence.

WOLF, ROWE, and SWANSON, JJ., CONCUR.

2